1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10

11 | IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00084-EFB
12 |                                   | 2:12-SW-00085-EFB
   | ALL FUNDS MAINTAINED AT BANK OF   | 2:12-SW-00086-EFB
13 | AMERICA ACCOUNT NUMBER            | 2:12-SW-00087-EFB
   | 02520-40113, HELD IN THE NAME OF  | 2:12-SW-00088-EFB
14 | DEBORAH A. BARNES AND DIVISIDERO  | 2:12-SW-00089-EFB
   | 99 CENT PLUS STORE,               | 2:12-SW-00091-EFB
15 |                                   | 2:12-SW-00092-EFB
   | ALL FUNDS MAINTAINED AT BANK OF   | 2:12-SW-00093-EFB
16 | AMERICA ACCOUNT NUMBER            | 2:12-SW-00094-EFB
   | 2690-71631, HELD IN THE NAME OF   | 2:12-SW-00095-EFB
17 | DIVISIDERO 99 CENT PLUS STORE,    | 2:12-SW-00096-EFB

18 ALL FUNDS MAINTAINED AT BANK OF
   AMERICA ACCOUNT NUMBER              ORDER RE: REQUEST TO
19 02527-74822, HELD IN THE NAME OF    UNSEAL SEIZURE WARRANT
   DEBORAH A. BARNES AND DIVISIDERO    AND SEIZURE WARRANT
20 99 CENT PLUS STORE,                 AFFIDAVIT

21 ALL FUNDS MAINTAINED AT BANK OF
   AMERICA ACCOUNT NUMBER
22 2525-43591, HELD IN THE NAME OF
   HERMAN KEESE, JR.,

23 ALL FUNDS MAINTAINED AT BANK OF
   AMERICA ACCOUNT NUMBER
24 38101854-4882, HELD IN THE NAME
   OF HERMAN KEESE AND DEBORAH
25 BARNES,

26
27
28

                                     1                    Order Re: Request to Unseal Documents

**FILED**

JUN 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

2008 CHEVROLET TOW TRUCK,
VIN: 1GBE5C1908F412857, SOUTH
CAROLINA LICENSE PLATE NUMBER:
P400671,

2008 GMC TOW TRUCK,
VIN: 1GDE5C1918F409165, SOUTH
CAROLINA LICENSE PLATE NUMBER:
P406276,

2008 HARLEY DAVIDSON MOTORCYCLE,
VIN: 1HD1FC4378Y636113,
CALIFORNIA LICENSE PLATE NUMBER:
19N5809,

2011 HARLEY DAVIDSON MOTORCYCLE,
VIN: 1HD1KH418BB658493, SOUTH
CAROLINA LICENSE PLATE NUMBER:
ZC37745,

2006 DODGE RAM TRUCK,
VIN: 3D7MX48C36G147958, SOUTH
CAROLINA LICENSE PLATE NUMBER:
HAS984,

DEFENDANTS.

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 6/15/12

_____
DALE A. DROZD
United States Magistrate Judge